UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA

    -V-

KENNETH MARSH et al
---------------------------------------------------X



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 13 2011 ★
BROOKLYN OFFICE

NOTICE
CR10-480 (JBW)

Please note the time change for sentencing of the following defendants scheduled for September 14, 2011.

| Defendant | Time | Case |
|---|---|---|
| Michael Scarpaci | 9:30 a.m. | |
| Paul Stokes | 10:15 a.m. | |
| Kenneth Marsh | 11:00 a.m. | |
| Anthony Vecchione | 11:20 a.m. | (CR10-697) |
| Jeanne Lada | 11:40 a.m. | |
| Christopher Perrotta | 12:00 noon | |
| William Vecchione | 12:20 p.m. | |
| John Degliuomini | 12:40 p.m. | |
| Gregory Rossomando | 1:00 p.m. | |
| Richard Bello | 2:30 p.m. | |
| Nicole Marsh | 3:00 p.m. | (CR10-801) |

                                                June P. Lowe
                                                Case Manager

DATED: 9/13/11